AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Jane Doe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-05179-AGT |
| City and County of San Francisco, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jane Doe                                                                                                                                        .

Date:   09/12/2022                                                         /s/ Patrick Buelna
                                                                                      *Attorney's signature*

                                                                       Patrick Buelna, SBN 317043
                                                                          *Printed name and bar number*

                                                                                  155 Filbert St.,
                                                                                   Suite 208
                                                                              Oakland, CA 94607
                                                                                    *Address*

                                                                          PBuelna@lawyersftp.com
                                                                                *E-mail address*

                                                                                  510-929-5400
                                                                                *Telephone number*

                                                                                    *FAX number*