DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
REBECCA LOUIE, State Bar #264984
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:  (415) 554-3859
Facsimile:   (415) 554-3837
E-Mail:      Rebecca.Louie@sfcityatty.org

Attorneys for Defendant(s)
CITY AND COUNTY OF SAN FRANCISCO,
MARK POWELL, KELLEY FRACCHIA, and SYLVIA LANGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; WILLIAM SCOTT, in his individual capacity as Chief of Police of the San Francisco Police Department; MARK POWELL, in his individual capacity as Crime Laboratory Director of the San Francisco Police Department; KELLEY FRACCHIA, in her individual capacity as criminalist for the San Francisco Police Department; SYLVIA LANGE, in her individual capacity as an officer of the San Francisco Police Department; and DOES 1-50, inclusive.,<br><br>  Defendants. | Case No.  22-cv-05179-AGT<br><br>**STIPULATION BY THE PARTIES EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND ~~PROPOSED~~ ORDER**<br><br>Trial Date:         Not Set. |

Under Northern District of California, Civil Local Rule No. 6-1, it is hereby stipulated by and between Plaintiff JANE DOE and Defendants CITY AND COUNTY OF SAN FRANCISCO, MARK POWELL, KELLEY FRACCHIA, and SYLVIA LANGE, through their respective counsel, that the

time to file a responsive pleading to the Complaint on behalf of Defendants is extended to and includes October 27, 2022. This extension will not alter any event or deadline already fixed by Court order, and it does not involve papers required to be filed or lodged with the Court other than an initial response to the Complaint.

Date:  September 30, 2022

DAVID CHIU
City Attorney
MEREDITH B. OSBORN
Chief Trial Deputy
REBECCA LOUIE
Deputy City Attorney

By:  */s/ Rebecca Louie*
REBECCA LOUIE

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, *et al*.

Dated:  September 30, 2022

POINTER & BUELNA, LLP

By:  */s/ Ty Clarke*
TY CLARKE, ESQ.

Attorneys for Plaintiff
JANE DOE

*\*\*Pursuant to Civil L.R. 5-1(i)(3), the electronic signatory has obtained approval from this signatory.*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that all Defendants who have been properly served or waive service shall respond to the Complaint on or before October 27, 2022.

Dated:  October 3, 2022

HONORABLE ALEX G. TSE
UNITED STATES DISTRICT COURT