UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No.  22-cv-05179-AGT |
| Plaintiff, | |
| v. | **CASE SCHEDULING ORDER** |
| CITY AND COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

The following dates and deadlines will govern further proceedings in this case.  Deadlines for other pretrial filings (e.g., witness and exhibit lists, proposed jury instructions) will be set at a later date.

| | |
|---|---|
| Last Day to Join Parties or Amend Pleadings: | November 1, 2023 |
| Fact Discovery Cutoff: | June 14, 2024 |
| Expert Witness Disclosures: | July 12, 2024 |
| Rebuttal Expert Witness Disclosures: | July 26, 2024 |
| Expert Discovery Cutoff: | August 23, 2024 |
| Last Day for Hearing on Dispositive Motions: | September 20, 2024 |
| Deadline to File Motions in Limine: | November 18, 2024 |
| Deadline to File Oppositions to Motions in Limine: | December 2, 2024 |
| Pretrial Conference: | December 13, 2024 |
| Trial: | February 3, 2025 |

**IT IS SO ORDERED.**

Dated: August 21, 2023

Alex G. Tse
United States Magistrate Judge