UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 22-cv-05179-AGT<br><br>**CONDITIONAL DISMISSAL ORDER** |

The docket indicates that the parties "have accepted the proposal of settlement." Dkt. 62. Accordingly, the Court conditionally dismisses the case without prejudice. If the parties notify the Court on or before October 10, 2024, that their settlement won't be finalized by that time, the Court will either amend this order or vacate it and schedule a case management conference. If the parties don't file such a notice by October 10, 2024, the action will be dismissed with prejudice. All currently set dates in the case are vacated.

    **IT IS SO ORDERED.**

Dated: July 12, 2024

                                                     Alex G. Tse<br>
                                                     United States Magistrate Judge