UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRAN-CISCO, et al.,<br><br>        Defendants. | Case No. 22-cv-05179-AGT<br><br>**ORDER AMENDING CONDITIONAL DISMISSAL ORDER**<br><br>Re: Dkt. No. 64 |

In July of 2024, the parties informed the Court of a settlement in this case. *See* dkt. 62. The Court then issued a conditional dismissal order with instructions to provide an update by October 10, 2024. Dkt. 63. On October 10, 2024, the parties notified the Court that they expect to gain final settlement approval by the end of the year. Dkt. 64.

Accordingly, the court amends the prior conditional dismissal order. The parties are to update the Court by January 31, 2025. If the settlement is not finalized by that date, the Court may further amend or vacate this conditional dismissal order. If the parties fail to update the Court by January 31, 2025, the action will be dismissed with prejudice.

    **IT IS SO ORDERED.**

Dated: October 10, 2024

                                                      Alex G. Tse<br>
                                                      United States Magistrate Judge