DAVID CHIU, State Bar #189542
City Attorney
JENNIFER E. CHOI, State Bar #184058
Chief Trial Deputy
REBECCA LOUIE, State Bar #264984
EDMUND T. WANG, State Bar #278755
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3859 [Louie]
              (415) 554-3857 [Wang]
Facsimile:    (415) 554-3837
E-Mail:       Rebecca.Louie@sfcityatty.org
              Edmund.Wang@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
WILLIAM SCOTT, MARK POWELL, KELLEY
FRACCHIA and SYLVIA LANGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; WILLIAM SCOTT, in his individual capacity as Chief of Police of the San Francisco Police Department; MARK POWELL, in his individual capacity as Crime Laboratory Director of the San Francisco Police Department; KELLEY FRACCHIA, in her individual capacity as criminalist for the San Francisco Police Department; SYLVIA LANGE, in her individual capacity as an officer of the San Francisco Police Department; and DOES 1-50, inclusive.,<br><br>    Defendants. | Case No.  22-cv-05179-AGT<br><br>REQUEST FOR DISMISSAL; ~~PROPOSED~~ ORDER OF DISMISSAL<br><br>Trial Date:    February 3, 2025 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

1   A settlement agreeable to all parties has been reached in the above-mentioned matter.

2   The parties respectfully request that this case be dismissed with prejudice.

3   Dated: 1/30/25                           POINTER & BUELNA, LLP

                                             By: /s/ Patrick M. Buelna
                                             ADANTÉ D. POINTER
                                             PATRICK M. BUELNA
                                             TY CLARKE

                                             Attorneys for Plaintiff(s)
                                             JANE DOE

    Dated: 1/30/25

                                             DAVID CHIU
                                             City Attorney
                                             JENNIFER E. CHOI
                                             Chief Trial Deputy
                                             REBECCA LOUIE
                                             Deputy City Attorneys

                                             By: /s/ Rebecca Louie
                                             REBECCA LOUIE

                                             Attorneys for Defendant
                                             CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

**IT IS SO ORDERED.**

Dated: February 3, 2025

                                             ALEX G. TSE
                                             United States Magistrate Judge